UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELYN A. NISWONGER,

    Plaintiff,

v.

                                  File no: 1:04-CV-854

COMMISSIONER OF
SOCIAL SECURITY,

                                  HON. ROBERT HOLMES BELL

    Defendant.
                                 /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

       NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

       THEREFORE, IT IS ORDERED that:

       The decision by the Commissioner of Social Security is hereby **AFFIRMED**.

Date:   August 8, 2005              /s/ Robert Holmes Bell
                                                           ROBERT HOLMES BELL
                                                           CHIEF UNITED STATES DISTRICT JUDGE